UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

EHIGIE HENSHAW ISIBOR,

    Petitioner,

v.                No. 1:25-CV-00196-H

MARCELLO VILLEGAS,

    Respondent.

### ORDER

  Petitioner Ehigie Henshaw Isibor filed a document titled "motion to rule on the petition as submitted," which the Court interprets as a request for default judgment with respect to his petition for writ of habeas corpus under 28 U.S.C. § 2241. Dkt. No. 9. Petitioner asserts that the respondent "failed to file any response," which "constitutes a waiver of opposition to the relief sought." *Id.* His request is denied.

  Contrary to Petitioner's assertion, the respondent filed a timely response to the petition and submitted an appendix with relevant records. Dkt. No. 7, 8. Petitioner's reply, if any, is due by December 31, 2025. But in any event, default judgment is not appropriate in habeas proceedings because the failure of a respondent to file a timely answer does not nullify a lawful confinement. *See Broussard v. Lippman*, 643 F.2d 1131, 1134 (5th Cir. 1981).

  The petition remains pending and will be considered in due course after briefing is complete.

  So ordered.

  Dated December 15, 2025.

                     _____
                     JAMES WESLEY HENDRIX
                     United States District Judge