UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

EHIGIE HENSHAW ISIBOR,

    Petitioner,

v.

MARCELLO VILLEGAS,

    Respondent.

No. 1:25-CV-00196-H

### ORDER

Petitioner Ehigie Henshaw Isibor, a self-represented immigrant detainee, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention pending removal. He seeks release from confinement.

Respondent filed a response along with relevant records showing that Petitioner's detention had not been prolonged and that his removal was imminent. Dkt. Nos. 7, 8. Petitioner replied. Dkt. No. 11. Then Respondent filed a notice that Petitioner was removed from the United States on January 21, 2025. Dkt. No. 13. Respondent argues that because Petitioner is no longer detained, there is no further relief that the Court may award, and the Petition must be dismissed for lack of jurisdiction as moot. *Id.*

Based on the information provided by Respondents, the Court concludes that Petitioner's claims are moot. Thus, the petition must be dismissed for lack of jurisdiction.

So ordered.

The Court will enter judgment accordingly.

Dated February 5, 2026.

JAMES WESLEY HENDRIX
United States District Judge