UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

EHIGIE HENSHAW ISIBOR,

        Petitioner,

v.   No. 1:25-CV-00196-H

MARCELLO VILLEGAS,

        Respondent.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is dismissed for lack of jurisdiction.

Dated February 5, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge